# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| iMTX STRATEGIC, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>VUDU, INC.,<br><br>　　　　Defendant. | Civil Action No. 1:14-cv-551-GMS<br><br>**JURY TRIAL DEMANDED** |
| iMTX STRATEGIC, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NETFLIX, INC.,<br><br>　　　　Defendant. | Civil Action No. 1:14-cv-549-GMS<br><br>**JURY TRIAL DEMANDED** |
| iMTX STRATEGIC, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>VIMEO, LLC,<br><br>　　　　Defendant. | Civil Action No. 1:13-cv-1940-GMS<br><br>**JURY TRIAL DEMANDED** |
| iMTX STRATEGIC, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HULU, LLC,<br><br>　　　　Defendant. | Civil Action No. 1:14-cv-548-GMS<br><br>**JURY TRIAL DEMANDED** |

| | |
|---|---|
| **iMTX STRATEGIC, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**SPOTIFY USA INC.,**<br><br>Defendant. | Civil Action No. 1:14-cv-325-GMS<br><br>**JURY TRIAL DEMANDED** |
| **iMTX STRATEGIC, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**VERIZON COMMUNICATIONS INC.,**<br><br>Defendant. | Civil Action No. 1:14-cv-550-GMS<br><br>**JURY TRIAL DEMANDED** |

## JOINT STIPULATED BRIEFING SCHEDULE

Plaintiff iMTX Strategic, LLC and Defendants Verizon Communications Inc., Spotify USA Inc., Hulu, LLC, Vimeo, LLC, Netflix, Inc., and Vudu, Inc. (collectively, "Defendants"), have met and conferred regarding the briefing schedule for Defendants' motions to transfer and join. Subject to the Court's approval, Plaintiff and Defendants request the following briefing schedule be entered by the Court.

1) Plaintiff's responsive briefs are due January 16, 2015.

2) Defendants' reply briefs are due February 2, 2015.

The reason for modification to the briefing schedule is to allow Plaintiff adequate time to prepare responsive briefs in light of the holiday season and resulting office closings. No party will be prejudiced by this brief extension.

Respectfully submitted this 29th of December, 2014.

/s/ Benjamin J. Schladweiler
Collins J. Seitz, Jr. (#2237)
Benjamin J. Schladweiler (#4601)
100 S. West Street, Suite 400
Wilmington, DE 19801
(302) 576-1600
cseitz@seitzross.com
bschladweiler@seitzross.com

**Counsel for Defendant Verizon Communications Inc.**

*Of Counsel*:
J.C. Rozendaal
Michael E. Joffre
W. Joss Nichols
KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.
Sumner Square
1615 M Street N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
jrozendaal@khhte.com
mjoffre@khhte.com
jnichols@khhte.com

/s/ David E. Moore
David E. Moore (#3983)
Hercules Plaza 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com

**Attorneys for Defendant Vudu, Inc.**

Bijal V. Vakil
WHITE & CASE LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA 94306
Tel: (650) 213-0300

/s/ Jack Blumenfeld
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com

**Attorneys for Defendant Netflix, Inc.**

OF COUNSEL:
Stefani E. Shanberg
Jennifer J. Schmidt
Michael J. Guo
WILSON SONSINI GOODRICH &ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
(415) 947-2000

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com

**Attorneys for Defendant Spotify USA Inc.**

Stefani E. Shanberg
Jennifer J. Schmidt
Michael J. Guo
WILSON SONSINI GOODRICH &ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
(415) 947-2000

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com

*Attorneys for Defendant Hulu, LLC*

OF COUNSEL:
Stefani E. Shanberg
Jennifer J. Schmidt
Michael J. Guo
WILSON SONSINI GOODRICH &ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
(415) 947-2000

/s/ Stamatios Stamoulis
Stamatios Stamoulis #4606
        stamoulis@swdelaw.com
Richard C. Weinblatt #5080
        weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, Delaware 19809
Telephone: (302) 999-1540

*Attorneys for Plaintiff iMTX, LLC*

OF COUNSEL:
Steven W. Ritcheson
**HENINGER GARRISON DAVIS, LLC**
9800 D Topanga Canyon Boulevard, #347
Chatsworth, California 91311
Telephone: (818) 882-1030
Facsimile: (205) 326-3332
E-mail: swritcheson@hgdlawfirm.com

René A. Vazquez
**HENINGER GARRISON DAVIS, LLC**
18326 Buccaneer Terrace
Leesburg, Virginia 20176

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com

*Attorneys for Defendant Vimeo, LLC*

OF COUNSEL:
Stefani E. Shanberg
Jennifer J. Schmidt
Michael J. Guo
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
(415) 947-2000

Telephone: (571) 206-1375
Facsimile: (205) 327-9114
Email: rvazquez@hgdlawfirm.com

**IT IS SO ORDERED** this 5th day of Jan, 2014.

_____
U.S.D.J.